FILED

04/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0636

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0636

FILED

APR 2 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE ESTATE OF

JIMMY LESLIE POSTON,                                    O R D E R

Deceased.

---

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed on April 27, 2022, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 12(1)(e) requires a statement of the standard of review for each issue presented, together with a citation of authority.

M. R. App. P. 12(1)(f) requires a summary of the argument before the argument portion of the brief. The summary of the argument should include a heading identifying it as a separate section. The summary should be a clear and concise statement of the arguments made in the body of the brief.

Appellee's certificate of service contains incorrect names for opposing counsel. Therefore, the brief does not comply with M. R. App. 10(4).

Therefore,

IT IS ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and seven copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than

2

those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellee's brief will be billed to Appellee's counsel by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellee and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 29th day of April, 2022.

For the Court,

By_____
Justice